**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Sugundo Pablo Loja Chogllo,

                         Petitioner,

vs.

Pamela Bondi, Attorney General et al.,

                      Respondents.

Case No. 0:26-cv-01118-DMT-LIB

---

**ORDER TRANSFERRING VENUE**

---

[¶ 1]    THIS MATTER comes before the Court upon a Motion to Transfer Venue to the District of Nebraska. Doc. No. 9.

[¶ 2]    Petitioner has been detained in the District of Nebraska since December 15, 2025. Doc. No. 11, ¶ 14. "[F]or core habeas petitions challenging present physical confinement, jurisdiction lies only in one district: the district of confinement." Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004).  Since Petitioner was held in Nebraska when the Petition was filed on February 5, 2026, transfer to the District of Nebraska is in the interest of justice. 28 U.S.C. § 1406(a).

[¶ 3]    Accordingly, the Respondents' Motion to Transfer venue is **GRANTED**. This case is, therefore, **TRANSFERRED** to the United States District Court for the District of Nebraska for all further proceedings.

[¶ 4]    **IT IS SO ORDERED.**

    DATED February 10, 2026.

                                      Daniel M. Traynor, District Judge
                                      United States District Court