IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEGUNDO PABLO LOJA CHOGLLO,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,<br><br>Respondents. | 7:26CV5003<br><br>**REASSIGNMENT ORDER** |

This case is related to case numbers 8:26CV42 and 8:26CV54. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B), this case is reassigned to Senior District Judge John M. Gerrard for disposition and is assigned to Magistrate Judge Michael D. Nelson for judicial supervision.

IT IS SO ORDERED.

Dated this 12th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge