IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEGUNDO PABLO LOJA CHOGLLO,

Plaintiff,

vs.

PAMELA BONDI, Attorney General, et al.,

Defendants.

7:26-CV-5003

JUDGMENT

In light of the Court's judgment in *Loja Chogllo v. Warden of McCook Det. Ctr.*, No. 8:26-CV-54 (D. Neb. Feb. 11, 2026), this case is dismissed without prejudice as moot.

Dated this 17th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge